UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

November 10, 2005

**E R R A T A**

**Appeal No. 05-3244**

**WATKINS V OPM**

Decided: November 10, 2005                    Nonprecedential Opinion

Please make the following changes:

Page 2, line 11: after the number 5, change "U.S.C." to "C.F.R."